**Order filed, January 15, 2014.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-13-00922-CR
_____

**KAREN  WOODING BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 8
Harris County, Texas
Trial Court Cause No. 1872448**

---

### ORDER

The reporter's record in this case was due **November 11, 2013**. *See* Tex. R. App. P. 35.1.  On **November 14, 2013**, this court ordered the court reporter to file the record within 30 days.  On **December 06, 2013** this court GRANTED **Sondra Humphrey's** motion for extension of time to file the record until **January 06, 2014**. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Sondra Humphrey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sondra Humphrey** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM